# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| Thrivent Financial for Lutherans,<br><br>                        Plaintiff,<br><br>   v.<br><br>Lisa Morrell Scott, Daniel D. Scott, Personal Representative of the Estate of Ronald C. Scott, Deceased,<br><br>                        Defendant. | No. 09-5175 RJB<br><br>**ORDER DISBURSING INTERPLEAD FUNDS TO DANIEL D. SCOTT AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RONALD C. SCOTT** |

**Note on Motion Calendar June 26, 2009**

**TO: All Parties Herein and Their Respective Counsel of Record; and**

**TO: Clerk of the above-entitled Court**

This matter coming on regularly before this court on the Motion of Daniel D Scott, as personal representative of the Estate of Ronald C. Scott, to disburse funds in the court's registry, the initially deposited amount which was $157,304.62, to the Estate of Ronald C. Scott, and the court having examined the records and files herein including: (1) Plaintiff's Complaint and Interpleader with attached exhibits; (2) Plaintiff's Motion and Memorandum in Support of Interpleader and for Leave to Deposit Funds into Court's Registry; (3) Declaration of Linda B. Chapman in Support of Plaintiff's Motion and Memorandum in Support of Interpleader and for Leave to Deposit Funds into Court's Registry; and (4) Motion for Order

Order Disbursing Interplead Funds
H:\data\Orders\Order Disbursing Interplead Funds.rvsd.wpd    Page 1

CAMPBELL, DILLE, BARNETT,
SMITH & WILEY, P.L.L.C.
ATTORNEYS AT LAW
317 SOUTH MERIDIAN
PUYALLUP, WASHINGTON 98371-0164
(253) 848-3513

Disbursing Funds to Daniel D. Scott as personal representative of the Estate of Ronald C. Scott.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion of Daniel D. Scott as personal representative of Ronald C. Scott, Deceased, is granted; and

2. The clerk of the above-entitled court is hereby authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal sum of $153,853.87, plus all accrued interest, minus any statutory users fees, payable to the Estate of Ronald C. Scott and mail or deliver the check to the Estate of Ronald C. Scott, c/o Bryce H. Dille, Attorney, 317 S. Meridian, Puyallup, WA 98371.

DATED this 1st day of July, 2009.

*[signature: Robert J Bryan]*
Robert J Bryan
United States District Judge

Presented by:

 /s/ Bryce H. Dille
Bryce H. Dille, WSBA #2862
Attorneys for Defendant Daniel D. Scott,
Personal Representative of the Estate of
Ronald C. Scott, Deceased

Order Disbursing Interplead Funds
H:\data\Orders\Order Disbursing Interplead Funds.rvsd.wpd
Page 2

CAMPBELL, DILLE, BARNETT,
SMITH & WILEY, P.L.L.C.
ATTORNEYS AT LAW
317 SOUTH MERIDIAN
PUYALLUP, WASHINGTON 98371-0164
(253) 848-3513